UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

KELLY ROYSTER,

               Defendant.

No. 18-cr-373-13 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

    The sentencing currently scheduled to be held tomorrow at 10:30 a.m. in Courtroom 15A of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007, shall now be held in Courtroom 21A of the same courthouse.

SO ORDERED.

Dated:    December 5, 2019
             New York, New York

                                              RICHARD J. SULLIVAN
                                              UNITED STATES CIRCUIT JUDGE
                                              Sitting by Designation