UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>KELLY ROYSTER,<br><br>       Supervisee. | No. 18-cr-373-13 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

  IT IS HEREBY ORDERED THAT Mr. Marc L. Greenwald, Esq., is appointed as CJA counsel pursuant to 18 U.S.C. § 3006A to represent Supervisee during the pendency of the violation of supervised release proceedings in this matter. Mr. Greenwald shall promptly file a notice of appearance in Case No. 18-CR-373 (RJS).

SO ORDERED.

Dated:  June 6, 2023
      New York, New York

                     RICHARD J. SULLIVAN
                     UNITED STATES CIRCUIT JUDGE
                     Sitting by Designation