UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

KELLY ROYSTER,

               Supervisee.

No. 18-cr-373-13 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

    IT IS HEREBY ORDERED THAT the parties shall appear before the Court for a conference on Wednesday, June 28, 2023 at 2:00 p.m. in Courtroom 21C at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated:    June 13, 2023
            New York, New York

                                                  RICHARD J. SULLIVAN
                                                  UNITED STATES CIRCUIT JUDGE
                                                  Sitting by Designation