UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

KELLY ROYSTER,

                Supervisee.

No. 18-cr-373-13 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

      The conference in this matter, which is currently scheduled for noon on Friday, July 7, 2023, will take place in Courtroom 24B instead.

SO ORDERED.

Dated:      June 27, 2023
                New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation